**UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

RACHEL BAFFIELD, for herself and next
friend to her minor son, J.D., and RONDA
ELLIS, for herself and as next friend to her
minor children, J.E., and C.E.,

    Plaintiffs,

vs.                                           Case No. 5:11-cv-10768-JCO

SOUTHFIELD PUBLIC SCHOOLS and     Hon. John Corbett O'Meara
MICHAEL HORN, (in his individual capacity),   Mag. Judge Mark A. Randon

    Defendants.
_____/

**ORDER REGARDING MOTIONS TO COMPEL (Nos. 17, 19 & 30)
AND PLAINTIFFS' MOTION TO AMEND COMPLAINT (No. 21)**

      These matters having come before the Honorable Magistrate Judge Mark A. Randon on Plaintiffs' Motion to Compel Discovery, Defendant's Motion to Compel Discovery and Plaintiffs' Motion to Amend Complaint, the Court having reviewed the pleadings, having heard oral arguments and the Court being fully advised in the premises,

      IT IS HEREBY ORDERED as follows:

      **Plaintiffs' First Motion to Compel (No. 19):** Defendants will provide the identification, subject to a Protective Order, of any parent who was an employee of the District and:

        a.     Lived outside of the District; and
        b.     Had a child who was a student in the District.

Defendants will also provide whether:

      a.      That child(ren) was removed from the District secondary to residency when the parents' employment with Southfield Public Schools ended.

The information provided above will be information from June 2009 through February, 2011.

As it relates to the "Basketball Plus" class, Defendants shall produce grade sheets or criteria for grading in Basketball Plus for the 2009/2010 school year and the 2010/2011 school year. Student names shall not be provided.

**Plaintiffs' Second Motion to Compel (No. 30):** For the school year 2010/2011, Defendants' shall produce documents containing the same information as has already been produced regarding suspensions/discipline for the 2009/2010 school year.

The information shall be produced pursuant to a Protective Order.

Once Plaintiffs receive the information, Plaintiffs have twenty-one (21) days to identify 25 students seeking additional detail on those students only. Defendant shall have twenty-one (21) days to provide a response.

**Plaintiffs' Motion to Amend Complaint (No. 21):** The Motion is granted for the reasons stated on the record on August 21, 2012.

It is further ordered that Plaintiff Ronda Ellis shall be deposed by Defendants for a maximum of sixty (60) minutes related to issues raised in the First Amended Complaint only.

      s/Mark A. Randon
      Mark A. Randon
      United States Magistrate Judge

Dated: August 29, 2012

<u>*Certificate of Service*</u>

*I hereby certify that a copy of the foregoing document was mailed to the parties of record on this date, August 29, 2012, by electronic and/or ordinary mail.*

<u>*s/Melody R. Miles*</u>
*Case Manager to Magistrate Judge Mark A. Randon*

Approved as to form:


| <u>/s/Carrie Waggoner</u> | <u>/s/Michael D. Weaver</u> |
|---|---|
| NICHOLAS ROUMEL  P37056 | MICHAEL D. WEAVER  P43985 |
| CARRIE WAGGONER  P75619 | Attorney for Defendants |
| Nacht, Roumel, Salvatore, Blanchard & Walker, P.C. | |
| Attorneys for Plaintiffs | |